IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID W. ENGLEBRIGHT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER of SOCIAL SECURITY, )<br>)<br>)<br>Defendant. )<br>) | Civil No.   17-cv-1040-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff David W. Englebright and against defendant

Commissioner of Social Security.

**DATED:   May 9, 2018**

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**BY: s/Tina Gray**
     **Deputy Clerk**

**Approved:**


s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**